UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20602-CR-GAYLES

UNITED STATES OF AMERICA

vs.

MICHEL PROENZA MARTINEZ,

    **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida, by the Honorable Darrin P. Gayles, United States District Judge, to take all necessary and proper action as required by law and/or to submit a Report and Recommendation to this Court regarding Criminal Justice Act ("CJA") Voucher No. 113C.1133006 (hereafter, "First Interim CJA Voucher") [ECF No. 66] in the amount of **$17,208.40**. The Magistrate Judge filed a Report and Recommendation [ECF No. 68], recommending that full payment of the First Interim CJA Voucher be approved (the "Report"). Neither party filed a timely objection.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc.*

*v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having received no objections, the Court has conducted a *clear error* review of the record and the Court agrees with Judge Alicia M. Otazo-Reyes's well-reasoned analysis finding that the CJA Voucher should be approved. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Alicia M. Otazo-Reyes Report and Recommendation [ECF No. 68] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

**DONE AND ORDERED** in Miami-Dade County, Florida this 4th day of October, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE